UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2024
```

TERRY LEE,

                Plaintiff,

-against-

ANTONY J. BLINKEN, et al.,

                Defendants.

24-CV-01661 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    *Pro se* Plaintiff Terry Lee initiated the above-captioned action on March 4, 2024, through the filing of a complaint. Dkt. No.1. On March 8, 2024, summons were issued as to Defendants Antony J. Blinken, U.S. Department of State, and U.S. Embassy in Abu Dhabi, UAE. On April 5, 2024, proof of service as to each Defendant was filed on the docket. Dkt. Nos. 6, 7, 8. However, the service did not comply with Rule 4(i) of the Federal Rules of Civil Procedure because effective service on the United States and its Agencies, Officers, or Employees must be made <u>both</u> by service on the United States Attorney's Office in this district (here, located at 86 Chambers Street, New York, NY 10007), by a method described in Rule 4(i)(1)(A), <u>and</u> also by delivering the summons and complaint by registered or certified mail to the Attorney General of the United States, as described in Rule 4(i)(1)(B). Plaintiff Lee appears to have accomplished the latter (*see* Dkt. No. 8), but not the former.

    On May 23, 2024, Assistant United States Attorney Joseph Anthony Pantoja entered an appearance on behalf of all Defendants. On September 10, Plaintiff Lee filed a letter requesting "the issuance of new summons to serve the US. Attorney of the Southern District of NY," Dkt. No. 10 at 1, because, according to the letter, he was informed by AUSA Pantoja that no answer or other response had been made to the Complaint because Plaintiff had not completed service on the United States as described above.

    Accordingly, it is hereby ORDERED that the Clerk of Court is respectfully directed to re-issue summons as to Defendants Antony J. Blinken, U.S. Department of State, and U.S. Embassy in Abu Dhabi, UAE in order for Plaintiff Lee to serve those summonses and the complaint on the

2

U.S. Attorney's Office for this district in accordance with Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

Dated: September 5, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge